| | | |
|---|---|---|
| MONIQUE HOLSEY-HYMAN,<br>Plaintiff,<br><br>v.<br><br>JARROD B. EDENS, EDENS<br>INVESTMENTS, INC., SARA M.<br>YOUNG, Individually and in her<br>official capacity as City of Durham<br>Planning Director, KIMBERLY M.<br>REHBERG, Individually and in her<br>official capacity as City Attorney for<br>Durham, JILLIAN N. JOHNSON,<br>Individually and in her official capacity<br>as a member of Durham City Council,<br>MARK A. MIDDLETON, Individually<br>and in his official capacity as a member<br>of the Durham City Council and Mayor<br>Pro Tempore, and THE CITY OF<br>DURHAM, a Municipal Corporation.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ANSWER** |

NOW COMES Defendants, Jarrod B. Edens and Edens Investments, Inc, by and through the undersigned counsel, answering the Complaint of the Plaintiff and says and avers:

**FIRST DEFENSE**

PARTIES

1.  The allegations contained in this paragraph are admitted upon information and belief.

2.  The allegations contained in this paragraph are admitted.

3.  The allegations contained in this paragraph are denied.

1

4. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

5. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

6. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

7. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

8. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

9. Admitted

10. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

11. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

12. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

13. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

14. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

15. This paragraph does not pertain to these answering defendants and contains conclusions of

law and therefore denied.

16. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

17. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

18. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

## WAIVER OF IMMUNITY

19. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

20. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

21. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

## JURISDICTION AND VENUE

22. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

23. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

24. This paragraph does not pertain to these answering defendants and contains conclusions of law and therefore denied.

**I.      Background.**

25. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

26. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

27. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

28. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

29. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

30. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

31. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

32. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

33. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

34. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

35. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

36. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

37. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

38. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

39. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

40. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

41. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

42. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

43. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

44. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

**II.      The March 6, 2023 City Council Meeting.**

45. To the extent that this paragraph refers to matters of public record these answering

defendants refer to public record to the extent that this paragraph constitutes an allegation requiring a response from these answering defendants denied.

46. To the extent that this paragraph refers to matters of public record these answering defendants refer to public record to the extent that this paragraph constitutes an allegation requiring a response from these answering defendants denied.

47. To the extent that this paragraph refers to matters of public record or a document  these answering defendants refer to public record or to the document references as the public record and the document speak for themselves further allegations in this paragraph are denied.

48. To the extent that this paragraph refers to matters of public record or a document  these answering defendants refer to public record or to the document references as the public record and the document speak for themselves further allegations in this paragraph are denied.

49. The allegations contained in this paragraph are denied.

50. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

51. The allegations contained in this paragraph are denied.

52. To the extent that this paragraph refers to matters of public record or a document  these answering defendants refer to public record or to the document references as the public record and the document speak for themselves further allegations in this paragraph are denied.

53. The allegations contained in this paragraph are denied.

54. The allegations contained in this paragraph are denied.

55. The allegations contained in this paragraph are denied.

56. It is admitted the defendant Jarrod Edens spoke with Plaintiff; all other allegations are denied.

57. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

58. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

59. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

60. It is admitted that on March 6, 2023 defendant Jarrod Edens spoke with Plaintiff by phone all other allegations not specifically admitted are denied.

61. It is admitted that on March 6, 2023 defendant Jarrod Edens spoke with Plaintiff by phone all other allegations not specifically admitted are denied.

62. It is admitted that on March 6, 2023 defendant Jarrod Edens spoke with Plaintiff by phone all other allegations not specifically admitted are denied.

63. It is admitted that on March 6, 2023 defendant Jarrod Edens spoke with Plaintiff by phone all other allegations not specifically admitted are denied.

64. It is admitted that on March 6, 2023, Plaintiff texted defendant Jarrod Edens and that text message speaks for itself.

65. To the extent that this paragraph and footnote refers to matters of public record or a document  these answering defendants refer to public record or to the document references

7

as the public record and the document speak for themselves further allegations in this paragraph are denied.

66. To the extent that this paragraph refers to matters of public record or a document  these answering defendants refer to public record or to the document references as the public record and the document speak for themselves further allegations in this paragraph are denied.

67. To the extent that this paragraph refers to matters of public record or a document  these answering defendants refer to public record or to the document references as the public record and the document speak for themselves further allegations in this paragraph are denied.

68. The allegations contained in this paragraph are denied.

**III.     Edens' Frustration and Overzealous Desire to Get His Project Approved by the Council as Quickly as Possible Fuels Motive to Make False and Defamatory Accusations of Extortion.**

69. To the extent that an email exists it speaks for itself with regards to additional allegations or statements contained in this paragraph, denied of lack of information and belief.

70. To the extent that an email exists it speaks for itself with regards to additional allegations or statements contained in this paragraph, denied of lack of information and belief.

71. The allegations contained in this paragraph are denied.

72. The allegations contained in this paragraph are denied.

73. The allegations contained in this paragraph are denied.

74. The allegations contained in this paragraph are denied.

75. The allegations contained in this paragraph are denied.

76. The allegations contained in this paragraph are denied.

77. The allegations contained in this paragraph are denied.

**IV.**     **Defendants Young and Rehberg Repeat and Make Public False and Defamatory Accusations and Implications of Extortion with a Complete Disregard as to Whether the Accusations Were True, Fueled by Frustration with Dr. Holsey-Hyman and an Effort to Retaliate**

78. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

79. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

80. The allegations contained in this paragraph are denied.

81. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

82. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

83. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

84. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

85. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

86. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

87. This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

88. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

89. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

A. Defendant Rehberg's March 13, 2023 Letter.

90. To the extent that this paragraph refers to a document  these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied.

91. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

92. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

93. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

94. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

95. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

96. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

97. This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

98. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

99. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

100. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied.

101. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied.

102. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

103. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

104. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

105. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

B. Defendant Middleton Demands Dr. Holsey-Hyman's Resignation

106. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations in this

paragraph are denied for lack of information.

107.　　To the extent that this paragraph refers to a document  these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied for lack of information.

108.　　This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

109.　　This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

110.　　This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

111.　　This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

112.　　This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

C.　Defendant Rehberg's March 14, 2023 Memo.

113.　　To the extent that this paragraph refers to a document  these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied for lack of information.

114.　　To the extent that this paragraph refers to a document  these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied for lack of information.

115.　　This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

116.    This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

117.    This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

118.    This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

119.    This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

D.    <u>Defendant Rehberg Advises the Council Should "Act Quickly" and that Dr. Holsey-Hyman Should Recuse Herself Before the Next Meeting.</u>

120.    To the extent that this paragraph refers to matters of public record these answering defendants refer to the public further allegations in this paragraph are denied for lack of information.

121.    This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

122.    This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

123.    This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

**V.    Defendants Johnson and Middleton Publish a False and Defamatory Resolution of Censure and Make Other False and Defamatory Statements and Implications with a Complete Disregard as to the Truth of the Statements, Fueled by Frustration with Dr. Holsey-Hyman and an Effort to Retaliate.**

13

124. The allegations contained in this paragraph are denied.

125. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

126. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

127. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

128. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

129. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

130. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

131. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

132. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

133. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

134. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

135. This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

136.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

137.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

138.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

139.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

140.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

141.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

142.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

143.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

144.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

145.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

146.     This paragraph does not contain allegations against these answering defendants and

15

therefore denied for lack of information.

147. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

148. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

149. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

150. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

151. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

152. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

153. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

154. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

155. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

156. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

157. This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

158. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

159. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

160. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

161. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

162. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

163. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

164. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

165. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

166. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

167. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

168. This paragraph does not contain allegations against these answering defendants and

17

therefore denied for lack of information.

169. To the extent that this paragraph refers to matters of public record these answering defendants refer to public record further allegations in this paragraph are denied.

170. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

171. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied for lack of information.

172. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations are denied.

173. To the extent that this paragraph refers to a document these answering defendants refer to the document and the document speaks for itself; further allegations in this paragraph are denied for lack of information.

174. The allegations contained in this paragraph are denied.

175. The allegations contained in this paragraph are denied.

## VI.   Damages.

176. The allegations contained in this paragraph are denied.

177. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

178. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

179. To the extent that this paragraph contains answerable allegations against these

18

answering defendants, denied for lack of information.

180. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

181. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

182. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

183. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

184. The allegations contained in this paragraph are denied.

185. The allegations contained in this paragraph are denied.

### FIRST CLAIM FOR RELIEF
**(Slander *Per Se* Against Jarrod Edens and Edens Investments, Inc.)**

186. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

187. The allegations contained in this paragraph are denied.

188. The allegations contained in this paragraph are denied.

189. The allegations contained in this paragraph are denied.

190. The allegations contained in this paragraph are denied.

191. The allegations contained in this paragraph are denied.

192. The allegations contained in this paragraph are denied.

193. The allegations contained in this paragraph are denied.

194. The allegations contained in this paragraph are denied.

19

195. The allegations contained in this paragraph are denied.

196. The allegations contained in this paragraph are denied.

197. The allegations contained in this paragraph are denied.

**SECOND CLAIM FOR RELIEF**
**(Slander *Per Se* Against Sara Young)**

198. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

199. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

200. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

201. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

202. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

203. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

204. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

205. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

206. The allegations contained in this paragraph are denied.

207. The allegations contained in this paragraph are denied.

20

208. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

209. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

210. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

211. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

212. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

213. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

214. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

215. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

216. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

217. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

218. This paragraph does not contain allegations against these answering defendants and

therefore denied for lack of information.

219. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

220. The allegations contained in this paragraph are denied.

221. The allegations contained in this paragraph are denied.

**FOURTH CLAIM FOR RELIEF**
**(Libel *Per Quod* Against Kimberly Rehberg and the**
**City of Durham-In the Alternative)**

222. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

223. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

224. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

225. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

226. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

227. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

228. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

229. This paragraph does not pertain to these answering defendants and therefore denied

22

for lack of information.

230. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

231. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

232. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

233. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

234. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

235. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

236. This paragraph does not pertain to these answering defendants and therefore denied for lack of information.

237. The allegations contained in this paragraph are denied.

238. The allegations contained in this paragraph are denied.

### FIFTH CLAIM FOR RELIEF
**(Libel *Per Se* Against Jillian Johnson, Mark Middleton, and the City of Durham)**

239. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

240. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

23

241. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

242. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

243. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

244. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

245. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

246. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

247. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

248. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

249. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

250. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

251. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

252. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

253. The allegations contained in this paragraph are denied.

254. The allegations contained in this paragraph are denied.

### SIXTH CLAIM FOR RELIEF
**(Slander *Per Se* Against Jillian Johnson, Mark Middleton, and the City of Durham)**

255. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

256. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

257. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

258. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

259. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

260. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

261. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

262. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

25

263.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

264.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

265.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

266.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

267.     The allegations contained in this paragraph are denied.

268.     The allegations contained in this paragraph are denied.

**SEVENTH CLAIM FOR RELIEF**
**(Claim Against Defendants Young, Rehberg, Johnson, Middleton, and City of Durham for Retaliatory Actions in Violation of Dr. Holsey-Hyman's Right to Free Speech Established by the First Amendment to the United States Constitution, Pursuant to 42 U.S.C. § 1983)**

269.     These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

270.     The Constitution of the United States of America speaks for itself.

271.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

272.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

273.     This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

26

274. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

275. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

276. To the extent that this paragraph contains answerable allegations against these answering defendants, denied for lack of information.

277. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

278. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

279. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

280. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

281. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

282. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

283. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

284. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

285. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

286. The allegations contained in this paragraph are denied.

## EIGHTH CLAIM FOR RELIEF
### (Civil Conspiracy Against All Defendants)

287. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

288. The allegations contained in this paragraph are denied.

289. The allegations contained in this paragraph are denied.

290. The allegations contained in this paragraph are denied.

291. The allegations contained in this paragraph are denied.

292. The allegations contained in this paragraph are denied.

## NINTH CLAIM FOR RELIEF
### (Intentional/Negligent Infliction of Mental and Emotional Distress-Against All Defendants)

293. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

294. The allegations contained in this paragraph are denied.

295. The allegations contained in this paragraph are denied.

296. The allegations contained in this paragraph are denied.

297. The allegations contained in this paragraph are denied.

298. The allegations contained in this paragraph are denied.

**TENTH CLAIM FOR RELIEF**
**(Breach of Fiduciary Duty Against Kimberly Rehberg)**

299. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

300. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

301. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

302. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

303. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

304. This paragraph does not contain allegations against these answering defendants and therefore denied for lack of information.

**ELEVENTH CLAIM FOR RELIEF**
**(Punitive Damages as Against All Defendants)**

305. These answering defendants reallege and incorporate by reference all responses to the preceding paragraphs as fully set forth herein.

306. The allegations contained in this paragraph are denied.

307. The allegations contained in this paragraph are denied.

308. The allegations contained in this paragraph are denied.

309. The allegations contained in this paragraph are denied.

310. The allegations contained in this paragraph are denied.

29

311.    The allegations contained in this paragraph are denied.

312.    The allegations contained in this paragraph are denied.

313.    The allegations contained in this paragraph are denied.

## SECOND DEFENSE

Any of the allegations contained in the Complaint which the answering defendants did not expressly admit are denied.

## THIRD DEFENSE

To the extent that any of the claims asserted in the Complaint fail to state a claim upon which relief can be granted, they should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## FOURTH DEFENSE

The answering defendants assert as a defense the truth of any statements complained of, and specifically, any statements made by defendant Jarrod Edens in any conversation with defendant Sarah Young which took place on or around March 11, 2023.

## FIFTH DEFENSE

The answering defendants assert as a defense that the statements complained of, and specifically, any statements made by defendant Jarrod Edens in his conversation with defendant Sarah Young, which took place on or around March 11, 2023, were not defamatory, either *per se* or *per quod*.

## SIXTH DEFENSE

The answering defendants assert that the statements complained of, and specifically, any statements that defendant Jarrod Edens made in any conversation with defendant Sarah Young on

30

or around March 11, 2023 was a fair comment and criticism.

## SEVENTH DEFENSE

The answering defendants assert that the statements complained of, and specifically, any statements that defendant Jarrod Edens made in any conversation with defendant Sarah Young on or around March 11, 2023 was reasonable and made in good faith.

## EIGHTH DEFENSE

The answering defendants assert that the statements complained of, and specifically, any statements that defendant Jarrod Edens made in any conversation with defendant Sarah Young on or around March 11, 2023 were made without malice, actual or legal.

## NINTH DEFENSE

The answering defendants assert that the statements complained of, and specifically, any statements that defendant Jarrod Edens made in any conversation with defendant Sarah Young on or around March 11, 2023 were justified.

## TENTH DEFENSE

Plaintiff is not entitled to punitive damages because the answering defendants did not act with malice or reckless indifference to plaintiff's legally protected rights.

## ELEVENTH DEFENSE

The answering defendants assert that the statements complained of, and specifically, any statements that defendant Jarrod Edens made in any conversation with defendant Sarah Young on or around March 11, 2023 were privileged, either absolutely or conditionally.

31

**TWELTH DEFENSE**

The damages claimed by plaintiff are not the proximate result of any acts or omissions by the answering defendants.

**THIRTEENTH DEFENSE**

The answering defendants assert the doctrine of unclean as a bar to plaintiff's claims, either in whole or in part.

**FOURTEENTH DEFENSE**

The answering defendants hereby give notice that they intend to rely on such other and further defenses as may become applicable during discovery in this action and reserve the right to amend their answer to assert any such defenses.

WHEREFORE, the answering defendants pay the Court as follows:

1. Plaintiff have and recover nothing of them, and plaintiff's claims against them be dismissed with prejudice;

2. The costs of this action be taxed against a party other than the answering defendants;

3. For such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 30th day of April, 2024.

/s/ *SHANE WALKER*
R. SHANE WALKER
N.C. Bar No.: 27632

/s/BENJAMIN S. GURLITZ
Benjamin S. Gurlitz
N.C. Bar No.: 51117

Simpson Law Firm, PLLC
215 N. Boylan Avenue
Raleigh, N.C. 27603
Tel #: (919) 785-3222
Fax #: (919) 585-4804
Email: shane@simpsonlawpllc.lawyer
*Attorneys for Defendants Jarrod Edens and Edens Investments, Inc.*

33

**CERTIFICATE OF SERVICE**

       The undersigned attorney hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record.  Furthermore, copies of the foregoing document were electronically mailed to the following:

Corey C. Cartwright
Law Offices of Corey Cartwright, PA
Agoodattorney4u@yahoo.com

James T. Johnson
Jonathan W. Martin
DeMent Askew Johnson & Marshall, LLP
jjohnson@dementaskew.com
jmartin@dementaskew.com
*Attorneys for Plaintiff*

Pat Kane
Le-Deidre Matthews
Fox Rothschild
pkane@foxrothschild.com
lmatthews@foxrothschild.com
*Attorneys for Defendant Kim Rehberg*

John Roseboro
Aarin Miles
Durham City Attorney's Office
*Attorneys for Defendants City of Durham, Sara Young, Jillian Johnson, and Mark Anthony Middleton*

       This the 30th day of April, 2024.

/s/ *SHANE WALKER*
R. SHANE WALKER
N.C. Bar No.: 27632

/s/BENJAMIN S. GURLITZ
Benjamin S. Gurlitz
N.C. Bar No.: 51117

Simpson Law Firm, PLLC
215 N. Boylan Avenue
Raleigh, N.C. 27603
Tel #: (919) 785-3222
Fax #: (919) 585-4804
Email: shane@simpsonlawpllc.lawyer
*Attorneys for Defendants Jarrod Edens and Edens Investments, Inc.*

34